```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**COURTNEY THOMAS,**
**on behalf of J.R.,**

        **Plaintiff,**

  vs.                                    **Civil Action 2:07-CV-622**
                                                     Judge Marbley
                                                     Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

### ORDER

On August 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

The Clerk will enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                            *s/Algenon L. Marbley*
                                                             Algenon L. Marbley
                                                         United States District Judge